# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LAMONT CONLEY**                                                                 **PLAINTIFF**

**v.**                                    **Case No: 4:25-cv-00362-JM**

**TIM RYALS**                                                                           **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 4). No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

For the reasons stated herein, it is ordered that:

1. Conley's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED 16th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE