### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID LAMONT CONLEY**                                         **PLAINTIFF**

**v.**                              **Case No: 4:25-cv-00362-JM**

**TIM RYALS**                                                  **DEFENDANT**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.  The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C, § 1915(a)(3), that an in forma pauperis appeal from this Judgment or the underlying Order would not be taken in good faith.

DATED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE